No. 94, Misc.  McDANIEL v. HEINZE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 95, Misc.  STAPLES v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 96, Misc.  MEERS v. NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 97, Misc.  DONOVAN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Herbert Monte Levy* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 101, Misc.  CURRY v. RAGAN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 102, Misc.  GRAZIANO v. NEW YORK.  Court of Appeals of New York.  Certiorari denied.  *Nathan Kestnbaum* for petitioner.  *Frank S. Hogan* and *Harold Roland Shapiro* for respondent.

No. 103, Misc.  TATE v. BANMILLER, WARDEN.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.

No. 109, Misc.  HERNANDEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.